# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAVEN ENTERTAINMENT LLC, et al., ) | Case No. 2:15-cv-02299-GMN-NJK |
| Plaintiff(s), ) | ORDER |
| vs. ) | (Docket No. 29) |
| CHRISTOPHER LOWDEN, et al., ) | |
| Defendant(s). ) | |

Pending before the Court is a motion to withdraw as counsel for Defendants. Docket No. 29. The Court hereby **SETS** a hearing on that motion for 10:00 a.m. on November 15, 2016, in Courtroom 3D. The individual Defendants and a representative for the corporate Defendants shall appear at the hearing in person. Defendants' current counsel and any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than November 8, 2016, Defendants' current counsel of record shall serve Defendants with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than November 10, 2016.

Lastly, the Court wishes to highlight that corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

IT IS SO ORDERED.

DATED:  November 7, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge