UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAVEN ENTERTAINMENT, LLC, et al., ) | Case No. 2:15-cv-02299-GMN-NJK |
| ) | |
| Plaintiff(s), ) | ORDER |
| ) | |
| vs. ) | |
| ) | (Docket No. 38) |
| CHRISTOPHER LOWDEN, et al., ) | |
| ) | |
| Defendant(s). ) | |

Pending before the Court is Defendants' motion for additional time to procure counsel. Docket No. 38. The motion is defective in numerous aspects, including that it lacks any reason for the extension sought, it provides a blank proof of service page, and it was not timely filed. *Pro se* litigants must comply with the applicable rules of the Court. Nonetheless, as a one-time courtesy, the Court will consider the instant filing. The motion is hereby **GRANTED**, and the deadline to have new counsel file a notice of appearance and/or for the individual defendants to file a notice of intent to proceed *pro se* is **EXTENDED** to January 13, 2017. **NO FURTHER EXTENSIONS WILL BE GRANTED AND THE FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

DATED: December 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge