# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAVEN ENTERTAINMENT, LLC, et al., <br>     Plaintiff(s), <br> vs. <br> CHRISTOPHER LOWDEN, et al., <br>     Defendant(s). | Case No. 2:15-cv-02299-GMN-NJK <br><br> ORDER |

  Pending before the Court is an order for Defendants to show cause why case dispositive sanctions should not be imposed. Docket No. 40. Also pending before the Court is the motion to extend filed by Defendant Christopher Lowden. Docket No. 43. The Court hereby **SETS** a hearing on the order to show cause and the motion to extend for 3:00 p.m. on February 23, 2017, in Courtroom 3B. **DEFENDANTS HAROLD GRAY AND CHRISTOPHER LOWDEN SHALL APPEAR AT THE HEARING IN PERSON.  FAILURE TO APPEAR MAY RESULT IN A RECOMMENDATION FOR CASE DISPOSITIVE SANCTIONS.**

  IT IS SO ORDERED.

  DATED: February 9, 2017

                  _____
                  NANCY J. KOPPE
                  United States Magistrate Judge