UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAVEN ENTERTAINMENT, et al., | Case No. 2:15-cv-02299-GMN-NJK |
| Plaintiffs, | |
| vs. | ORDER |
| CHRISTOPHER LOWDEN, et al., | |
| Defendants. | |

On November 15, 2016, the Court granted the motion for Defendants' attorneys to withdraw. Docket No. 33. As part of that order, the Court required all corporate Defendants to retain counsel and have them file a notice of appearance by December 16, 2016. *See id.* The Court further ordered the individual Defendants to either file a notice of intent to proceed *pro se* or have any newly retained attorney file a notice of appearance by December 16, 2016. *See id.* Defendants did not comply. Instead, Defendant Christopher Lowden filed a request to extend the time for himself and two of the corporate defendants to comply. Docket No. 38.[1] The Court granted that motion and extended the above deadline to January 13, 2017. Docket No. 39. The Court also cautioned that "**THE FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**" *Id.* (emphasis in original).

---

[1] Defendant Harold Gray neither complied with the Court's order nor sought an extension of the pertinent deadline.

On January 24, 2017, after Defendants had failed to comply with the Court's order, the Court ordered Defendants to show cause in writing, by February 7, 2017, why default judgment should not be entered for their failure to comply with the Court's orders. Docket No. 40. On February 7, 2017, Defendant Gray filed a response to the Court's order to show cause and, on February 8, 2017, Defendant Lowden filed a response. Docket Nos. 41, 42. Further, on February 8, 2017, Defendant Lowden filed a motion to extend the time to comply for another 30 days. Docket No. 43.

On February 23, 2017, the Court held a hearing on the order to show cause and Defendant Lowden's motion. Docket No. 45. Attorney Tony Abbatangelo appeared at the hearing and indicated his intent to enter his appearance on behalf of all Defendants. *Id*. The Court ordered that Mr. Abbatangelo was to do so no later than the end of the day. *Id*. On February 23, 2017, Mr. Abbatangelo entered his appearance in the instant case on behalf of all Defendants. Docket No. 46.[2]

Accordingly,

IT IS ORDERED that the order to show cause, Docket No. 40, is hereby **DISCHARGED**.

IT IS FURTHER ORDERED that Defendant Lowden's motion for extension of time, Docket No. 43, is hereby **GRANTED** in part. The Court extends the time for the filing of a notice of appearance of counsel to February 23, 2017.

IT IS FURTHER ORDERED that a response to Plaintiffs' motion to compel, Docket No. 35, shall be filed no later than March 9, 2017. Failure to file a response with proper points and authorities by that date will constitute consent to the granting of the motion. LR 7-2(d).

IT IS SO ORDERED.

DATED: February 24, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[2] The Court notes that, although Mr. Abbatangelo's filing indicates his notice of appearance for all Defendants, it appears as if he filed it only on behalf of Defendants Lowden and Gray. Docket No. 46. The Court therefore **INSTRUCTS** the Clerk's Office to amend the docket so as to enter Mr. Abbatangelo's appearance on behalf of all Defendants.