# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Raven Entertainment, LLC, et al.,

                Plaintiffs,

V.

Christopher Lowden, et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:15-cv-02299-GMN-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Defendants and against Plaintiffs. Plaintiffs' federal civil RICO claim, along with all four securities fraud claims are dismissed with prejudice. Plaintiffs' remaining state law claims, including state civil RICO under NRS 207.470, are dismissed without prejudice.

 

March 20, 2017                                          /s/ Debra K. Kempi

Date                                                           Clerk

                                                                            /s/ S. Denson

                                                                            (By) Deputy Clerk